B2500A (12/15)



# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of:<br>CAAMS, LLC<br>　　　　　Debtor(s)<br><br>R. Keith Johnson<br>　　　　　Plaintiff(s)<br>　v.<br>CAAMS, LLC<br>　　　　　Defendant(s) | Case No. 15-31778<br><br>Chapter 7<br><br><br>Adv. Proc. No. 17-03109 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Steven T. Salata, Clerk
> U.S. BANKRUPTCY COURT
> 401 West Trade Street
> Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

> R. Keith Johnson
> 1275 South Hwy 16
> Stanley, NC 28164

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: 11/13/2017

s/   Steven T. Salata
　　　*Clerk of the Bankruptcy Court*

Electronically filed and signed

Case 17-03109   Doc 3   Filed 11/13/17   Entered 11/13/17 14:36:28   Desc Main

Case 17-03109   Doc 2   Filed 11/13/17   Entered 11/13/17 10:04:57   Desc Main
                        Document     Page 2 of 2


## CERTIFICATION OF SERVICE

I, __Sue Ellen Buff_____ (name), certify that service of this summons and a copy of

the complaint was made on ___11/13/2017____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  Michael E Clyne , CAAMS, LLC

  622 Airport Rd., Hangar 7a, Rutherfordton, NC 28139-8236

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/13/2017__          Signature _Sue Ellen Buff_____
        Print Name :         Sue Ellen Buff
        Business Address :   Law Office of R. Keith Johnson
                             1275 S. Hwy. 16, Stanley, NC 28164